UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:07-CR-134 |
| V. ) | (VARLAN/GUYTON) |
| ) | |
| BRADLEY MARS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter came before the Court on October 22, 2007, for a detention hearing requested by the defendant, Bradley Mars. Those present were Assistant United States Attorney David C. Jennings, for the government, and Christopher Oldham, for the defendant: the defendant was receiving medical treatment at the time, and was not present.

Due to the defendant's absence, Mr. Oldham made an oral motion on the defendant's behalf to continue the detention hearing. Mr. Oldham stated that granting a continuance was appropriate so as to allow the defendant to complete his course of medical treatment. Additionally, Mr. Oldham asserted that holding the detention hearing outside the presence of the defendant, or forcing the defendant to appear prior to completing treatment, would each substantially impair the defendant's rights. The government did not object to granting a continuance of the detention hearing.

The Court finds the motion is well-taken; it is **GRANTED**. Accordingly, the parties shall appear before the Court on October 29, 2007, at 9:00 a.m. for a status conference to determine whether the defendant is able to proceed with the detention hearing. The defendant is **ORDERED** detained pending that status conference.

**IT IS SO ORDERED**

**ENTER:**

s/ H. Bruce Guyton
United States Magistrate Judge